IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BURRELL JOHNSON, JR., ) | |
| ID # 241395, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:10-CV-0790-K |
| ) | |
| ROSIE M. JACKSON, ) | |
|     Defendant. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's Affidavit in Support and Affidavit of Facts In-Opposition to the Findings, Conclusions and Recommendations of the U.S. Magistrate Judge, both filed on May 17, 2010, are hereby **OVERRULED.**

**SO ORDERED**

**SIGNED** this 26th day of May, 2010.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE